**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                               Criminal No. 05-cr-283-01-PB

Kevin Thompson


**O R D E R**

Defendant's oral motion to reconsider bail is denied.  The weight of the evidence is even greater since the bail hearing. Additional illegal shipments have been interdicted, substantial money transfers and drug sales traced.  Given his prior drug use, his prior drug convictions and the evidence showing the size of his illegal operations, he is a substantial danger to the community.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On

order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: December 20, 2005

cc: Mark A. Irish, AUSA
    Michael C. Shklar, Esq.
    U.S. Marshal
    U.S. Probation