UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


United States of America

    v.                                      Criminal No. 05-cr-283-01-B

Kevin Thompson


**O R D E R**

The defendant has moved to continue the February 7, 2006 trial in the above case.  Defendant cites the need for additional time to review recently received discovery materials.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 7, 2006 to May 2, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 30, 2006 final pretrial conference is continued until April 20, 2006 at 2:30 pm.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

January 30, 2006

cc: Michael Shklar, Esq.
Mark Irish, Esq.
United States Probation
United States Marshal